No. 299. UNITED STATES *v.* EDENS ET AL., TRUSTEES. C. A. 4th Cir. Certiorari granted. *Solicitor General Perlman* for the United States. *Henry Hammer* for respondents.

No. 300. UNITED STATES *v.* GENERAL ENGINEERING & MANUFACTURING Co. C. A. 8th Cir. Certiorari granted. *Solicitor General Perlman* for the United States. *George C. Willson* for respondent.

No. 305. CITIES SERVICE Co. ET AL. *v.* McGRATH, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. C. A. 2d Cir. Certiorari granted. *Timothy N. Pfeiffer* and *Theodore N. Johnsen* for petitioners. *Solicitor General Perlman, Assistant Attorney General Baynton, Stanley M. Silverberg* and *George B. Searls* for respondent.

No. 329. MULLANEY, COMMISSIONER OF TAXATION, *v.* ANDERSON ET AL. C. A. 9th Cir. Certiorari granted. *J. Gerald Williams,* Attorney General of Alaska, *John H. Dimond,* Assistant Attorney General, and *Harold J. Butcher,* Special Assistant Attorney General, for petitioner.

No. 331. FRISBIE, WARDEN, *v.* COLLINS. C. A. 6th Cir. Certiorari granted. *Frank G. Millard,* Attorney General of Michigan, and *Edmund E. Shepherd,* Solicitor General, for petitioner.

No. 82, Misc. MADSEN *v.* KINSELLA, WARDEN. C. A. 4th Cir. Certiorari granted. *Joseph S. Robinson, Dayton M. Harrington* and *James D. Graham, Jr.* for petitioner. *Solicitor General Perlman, Assistant Attorney*

General McInerney, Robert W. Ginnane, Beatrice Rosenberg and J. F. Bishop for respondent.

No. 242. CADDEL v. CALIFORNIA. Supreme Court of California. Certiorari denied. Joseph T. Enright for petitioner. Edmund G. Brown, Attorney General of California, Clarence A. Linn, Assistant Attorney General, and Doris H. Maier, Deputy Attorney General, for respondent.

No. 246. FRUEHAUF TRAILER Co. v. GUSEWELLE, ADMINISTRATRIX. C. A. 8th Cir. Certiorari denied. John S. Marsalek for petitioner. Joseph N. Hassett for respondent.

No. 265. LOVE v. UNITED STATES. Court of Claims. Certiorari denied. Petitioner pro se. Solicitor General Perlman, Assistant Attorney General Baldridge and Samuel D. Slade for the United States.

No. 276. CLEMENTS ET AL. v. BRONAUGH ET AL., COMMISSIONERS OF WHITE RIVER DRAINAGE DISTRICT, ET AL. Supreme Court of Arkansas. Certiorari denied. J. W. House for petitioners. J. G. Burke for respondents.

No. 278. PEERSON v. MITCHELL ET AL. Supreme Court of Oklahoma. Certiorari denied. Harold C. Stuart and Harry D. Moreland for petitioner. A. L. Emery for Mitchell, respondent.